**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1167**

_____

JAMES K. PENDERGRASS, JR., Escrow Agent,

             Plaintiff,

        v.

DONALD SULLIVAN, a/k/a James D. Sullivan,

             Defendant – Appellant,


UNITED STATES OF AMERICA,

             Defendant – Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:14-cv-00287-FL)

_____

Submitted:  June 25, 2015                Decided:  June 29, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Donald Sullivan, Appellant Pro Se.  Michael J. Haungs, Supervisory Attorney, Robert Joel Branman, Lee Perla, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Sullivan appeals the district court's order granting summary judgment in favor of the United States in an interpleader action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Pendergrass v. Sullivan, No. 5:14-cv-00287-FL (E.D.N.C. Jan. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2